UNITED STATES of America,
Plaintiff—Appellee,

v.

Robert Neil POLLARD, Defendant—
Appellant.

No. 00–50356.

D.C. No. CR–95–01104–CBM.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 14, 2002.*

Decided Jan. 23, 2002.

Before KLEINFELD, HAWKINS, and
SILVERMAN, Circuit Judges.

MEMORANDUM **

Robert Neil Pollard appeals his conviction by guilty plea and sentence for one count of mail fraud, in violation of 18 U.S.C. § 1341. Pollard's attorney has filed a motion to withdraw and a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), on the ground that she failed to discover any arguable issues on appeal. Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), reveals no arguable issues.

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

Counsel's motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED.**

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.